**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6016**

———————

DOUGLAS HALL,

           Plaintiff - Appellant,

     v.

LINDA MITCHELL,

           Defendant - Appellee,

     and

DAVID TAYLOR, in his official capacity; UNION COUNTY
SHERIFF'S OFFICE,

           Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  G. Ross Anderson, Jr., Senior
District Judge. (1:10-cv-03173-GRA)

———————

Submitted: March 29, 2012          Decided: April 3, 2012

———————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Douglas Hall, Appellant Pro Se.  Russell W. Harter, Jr.,
CHAPMAN, HARTER & GROVES, PA, Greenville, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Hall appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hall v. Mitchell</u>, No. 1:10-cv-03173-GRA (D.S.C. Dec. 7, 2011). We deny Hall's pending motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2